

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>MICHAEL JOSEPH KILROY.<br><br>                     Debtor. | Case No. 2:15-bk-15708-RK<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION TO RESTRICT ACCESS TO PAPER FILINGS**<br><br>Date:    September 27, 2017<br>Time:   11:00 a.m.<br>Courtroom:   1675 |

    This bankruptcy case came on for hearing before the court by the undersigned United States Bankruptcy Judge on September 27, 2017 on the Motion of Debtor Michael Joseph Kilroy to Restrict Access to Paper Filings Pursuant to 11 U.S.C. § 107(b) and In Accordance with Settlement Agreement Previously Approved by the Court, filed on September 6, 2017 (Docket Number 441).  David L. Neale, of the law firm of Levene, Neale, Bender, Yoo & Brill, L.L.P., appeared for Debtor.  No other appearances were made.

    The court having considered the moving papers, the other papers and pleadings filed in this case relevant to the motion, and the oral and written arguments of the

movant, Debtor, for the reasons stated in the court's tentative ruling on the Motion, which the court is placing on the docket of this case concurrently herewith, and for the reasons orally stated by the court at the hearing,

IT IS HEREBY ORDERED that the Motion is DENIED.

###

Date: September 27, 2017

_____
Robert Kwan
United States Bankruptcy Judge